IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POOR PEOPLE'S ECONOMIC HUMAN RIGHTS CAMPAIGN, | : <br> : <br> : No. 16-cv-3281 |
| Plaintiff, | : |
| v. | : |
| CITY OF PHILADELPHIA, | : |
| Defendant. | : |

PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 65, for entry of a preliminary injunction enjoining Defendant City of Philadelphia from enforcing its ban on political street marches on Center City streets between 3 PM and 6 PM. In support thereof, Plaintiff hereby incorporates the accompanying Memorandum of Law and exhibits.

WHEREFORE, Plaintiff respectfully requests that this Court schedule a preliminary injunction hearing after expedited discovery and thereafter enter the accompanying proposed order granting a preliminary injunction.

Dated: June 24, 2016.                    Respectfully submitted,

                         */s/ Mary Catherine Roper*
                         MARY CATHERINE ROPER
                         PA Id. No. 71107
                         MOLLY TACK-HOOPER
                         PA Id. No. 307828

ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Tel: (215) 592-1513 ext. 116
Fax: (215) 592-1343
mroper@aclupa.org
mtack-hooper@aclupa.org

SETH F. KREIMER
3400 Chestnut St.
Philadelphia, PA 19104
Tel.: (215) 898-7447
Fax: (215) 573-2025
skreimer@law.upenn.edu

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, together with the accompanying MEMORANDUM OF LAW and PROPOSED ORDER, were filed electronically and served on all counsel of record via the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated:  June 24, 2016             */s/  Mary Catherine Roper*
                                  Mary Catherine Roper